**Order entered February 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01595-CV

### JUANITA GAROFALO, Appellant

### V.

### DALLAS AREA RAPID TRANSIT, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-03116-E**

## ORDER

By letter dated February 7, 2014, we directed appellant to file written verification that she had either (1) paid or made arrangements to pay for the clerk's record or (2) been found entitled to proceed without payment of costs. In response, appellant filed a letter noting that she filed an affidavit of inability to pay costs with the trial court at the time her notice of appeal was filed. Our records and the trial court's online records reflect appellant in fact filed an affidavit of inability to pay costs concurrently with her notice of appeal on November 5, 2013. Although the clerk, the court reporter, or any party could have challenged the affidavit by filing a contest within ten days of the filing of the affidavit, no contest was filed. *See* TEX. R. APP. P. 20.1(e). Pursuant to appellate rule 20.1(f), because no contest was filed, the affidavit's allegations are deemed true and appellant is allowed to proceed on appeal without advance payment of costs.

*See id.* 20.1(f). Accordingly, we **ORDER** John F. Warren, Dallas County Clerk, and Vikki Ogden, Official Court Reporter of County Court at Law No. 5, to file the appellate record without advance payment of costs no later than March 21, 2014.

We **DIRECT** the Clerk of the Court to send a copy of this order, via electronic transmission, to John Warren, Vicki Ogden, and all parties.

/s/     ELIZABETH LANG-MIERS
          JUSTICE